UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10621-GAO

DEREK TATUM,
Plaintiff,

v.

CITY OF BOSTON, KEITH WOOD, STEVEN KELLY
and JOHN DOE (BOSTON POLICE SERGEANT)
Defendants.

ORDER
October 31, 2012

O'TOOLE, D.J.

This case was removed from the Massachusetts Superior Court on the basis of a federal claim under 42 U.S.C. § 1983. The plaintiff's newly Amended Complaint (dkt. no. 11) omits that claim and presents five claims based wholly on state law. Pursuant to 28 U.S.C. § 1367(c), this Court declines to exercise supplemental jurisdiction over these claims. Accordingly, the case shall be remanded to the Suffolk County Superior Court. See 28 U.S.C. § 1447(c).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge